IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAGNER ZIP-CHANGE, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-cv-2022 ) |
| VIDON PLASTICS, INC., a Michigan corporation; and GRAPHIC SOLUTIONS GROUP, INC., a Texas corporation, | ) Judge Mathew F. Kennelly ) Magistrate Judge Beth W. Jantz ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND <u>PRELIMINARY INJUNCTION</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Wagner Zip-Change, Inc. ("Plaintiff"), hereby moves for a temporary restraining order and preliminary injunction against defendants Vidon Plastics, Inc. ("Vidon") and Graphic Solutions Group, Inc. ("GSG") (together "Defendants"), and all those acting in concert with them. In support of this Motion, Plaintiff states as follows:

1. As detailed in Plaintiff's Complaint and in the supporting Memorandum and Declarations to be filed in support of this Motion, Defendants have engaged in a wide range of unfair and deceptive practices in violation of section 43(a) of the Lanham Act, the Illinois Deceptive Trade Practices Act, and the common law of unfair competition. Defendant Vidon has also breached its contract with Wagner and tortiously interfered with Wagner's contractual relationships and business expectancies.

2. Defendants' conduct has caused irreparable harm to Plaintiffs. Without an injunction, Defendants have made it clear that they will continue to engage in acts of unfair competition and Vidon has made it clear that it will continue to breach its contract with Wagner and

tortiously interfered with Wagner's contractual relationships and business expectancies. If allowed to continue, Defendants' conduct will continue to cause irreparable harm to Wagner for which it has no adequate remedy at law.

3. The balance of harms and public interest favor granting the injunctive relief requested herein.

4. This motion is supported by Plaintiff's accompanying Memorandum of law and the Declarations of Laurie Crocetti and David Sinclair, which are to be filed in support of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter a temporary restraining order and preliminary injunction against Defendants Vidon and GSG, and anyone acting in concert with them:

A. Enjoining them from making any further false or misleading statements, and from using any words, terms, names, symbols, or devices, tending to cause confusion as to the affiliation or association of Vidon or Vidon's trim products with Wagner or Wagner's Jewelite® Trim, including without limitation any statements stating or implying that Vidon's trim products are the "Original" trim products, that Vidon's trim is "formerly Jewelite," that Vidon is a "new name" or a "new name" for the "same product," or that Vidon's trim products are the "industry standard" or have been in production for "30+ years" or any period before early 2021;

B. Enjoining them from using in any manner Vidon's current product packaging for its sign trim products or any product packaging that is the same or confusingly similar to Wagner's;

C. Enjoining Vidon from competing with Wagner's Jewelite® Trim products or selling sign trim products to any of Wagner's customers;

D. Enjoining Vidon from interfering with Wagner's contractual or business relationships with customers;

E.     Enjoining Defendants from engaging in any further acts of unfair competition, misrepresentation, or deception or otherwise competing with Plaintiff through unfair, deceptive, or other wrongful means; and

F.     Granting such additional relief as this Court deems appropriate.

Dated:  April 22, 2021                                          Respectfully submitted,

/s/ Bradley P. Nelson
One of the attorneys for Plaintiffs

Bradley P. Nelson
FisherBroyles LLP
225 West Washington St., Suite 2200
Chicago, Illinois  60606
312.300.4005
brad.nelson@fisherbroyles.com

## CERTIFICATE OF SERVICE

Bradley P. Nelson, an attorney, certifies that he caused a copy of the foregoing Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction to be served by email on the following on this 22nd day of April 2021:

Bruce L. Sendek
Butzel Long
150 W. Jefferson St., Suite 100
Detroit, MI 48226
sendek@butzel.com
Attorney for Vidon Plastics, Inc.

Amber Taylor Welock
Welock Law
13155 Noel Rd., Suite 900
Dallas, TX 75240
amber@welocklaw.com
Attorney for Graphic Solutions Group, Inc.

/s/ Bradley P. Nelson